# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE PHILIP MORRIS INTERNATIONAL
INC. SECURITIES LITIGATION

Master File No. 18 **CIVIL** 8049 (RA)
No. 18 **CIVIL** 8814 (RA)
18 **CIVIL** 9856 (RA)

## JUDGMENT

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order Class Action dated September 10, 2021, Defendants' motion to dismiss Plaintiffs' complaint is GRANTED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
September 10, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:** _[signature: David J. Thomas]_
_____
**Deputy Clerk**